**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY J. RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>　　　　Defendant. | No. 2:21-CV-0248-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

　　　　IT IS SO ORDERED.

Dated: March 9, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE